1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  42 North Sutter Street, Suite 400
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile: (209) 948-0706
4

5  Attorney for Plaintiff

6

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9  SHIRLEA LEA BAILIE,                   Case No. 2:12-cv-02300-DAD

10            Plaintiff,                 **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT**
11     vs.

12 CAROLYN W. COLVIN,
   Commissioner of Social Security,
13
14            Defendant.
15 _____/

16         IT IS HEREBY STIPULATED by and between the parties, through their

17 respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a

18 Motion For Summary Judgment in the above-referenced case is hereby extended from the present

19 due date of May 31, 2013, by forty-five days, to the new response date of July 15, 2013, and that

20 Defendant's brief will be due August 14, 2013. This extension is requested because the writer

21 has a family emergency that she has to tend to.

22 DATED: May 31, 2013
                                            BENJAMIN B. WAGNER
23                                          United States Attorney
                                            GRACE M. KIM
24                                          Regional Chief Counsel, Region IX

25  */s/ Ann M. Cerney*                     */s/ Daniel P. Talber*
    ANN M. CERNEY,                          DANIEL P. TALBERT,
26  Attorney for Plaintiff                  (As authorized via E-mail on 5/31/13)
                                            Special Assistant U S Attorney
27                                          Attorneys for Defendant

28

---
                                    1
   STIPULATION AND ORDER  EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT

```
Ann M. Cerney, SBN: 068748
Attorney at Law
42 North Sutter Street, Suite 400
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706


Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| SHIRLEA LEA BAILIE, | Case No. 2:12-cv-02300-DAD |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Motion For Summary Judgment on or before July 15, 2013.

IT IS SO ORDERED.

DATED: June 3, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE


Ddad1\orders.soc sec\baile2300.stip.eot.ord