1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  42 North Sutter Street, Suite 400
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4

5  Attorney for Plaintiff

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9  SHIRLEA LEA BAILIE,,                  No. 2:12-cv-02300-DAD

10              Plaintiff,                **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT**

11  vs.

12  CAROLYN W. COLVIN,
    Commissioner of Social Security,
13  Defendant.

14              Defendant.

15  _____/

16         IT IS HEREBY STIPULATED by and between the parties, through their

17  respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a

18  Motion For Summary Judgment in the above-referenced case is hereby extended from the present

19  due date of July 15, 2013, by thirty days, to the new response date of August 14, 2013, and that

20  Defendant's brief will be due September 13, 2013.  This extension is requested because the

21  writer were not aware that the transcript was incomplete and now that we have confirmed with

22  the Defendant's that the transcript ended with page 631 instead of page 680.

23  /////

24  /////

25  /////

26  /////

27  /////

28

---

1
STIPULATION AND [PROPOSED] ORDER  EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT

1 | DATED: July 15, 2013

BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX

*/s/ Ann M. Cerney*
ANN M. CERNEY,
Attorney for Plaintiff

*/s/ Daniel P. Talbert*
DANIEL P. TALBERT,
(As authorized via E-mail on 7/16/13)
Special Assistant U S Attorney
Attorneys for Defendant

1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  42 North Sutter Street, Suite 400
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile: (209) 948-0706
4

5  Attorney for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                              —o0o—

11  SHIRLEA LEA BAILIE,                  No. 2:12-cv-02300-DAD

12              Plaintiff,               **ORDER**

13  vs.

14  CAROLYN W. COLVIN,
    Commissioner of Social Security,
15
                Defendant.
16  _____/

17        Pursuant to the stipulation of the parties showing good cause for a requested

18  extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby

19  APPROVED.

20      Plaintiff shall file her Motion For Summary Judgment on or before August 14, 2013.

21      IT IS SO ORDERED.

22  DATED: July 17, 2013.

23

24                                    _____
                                      DALE A. DROZD
25                                    UNITED STATES MAGISTRATE JUDGE

26
    Ddad1\orders.soc sec\baile2300.stip.eot2.ord.wpd
27

28
                                            3
    STIPULATION AND [PROPOSED] ORDER  EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT